IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LIONELL THOLMER,** | CIV S-04-2491 FCD PAN P |
| Petitioner, | ~~[PROPOSED]~~ ORDER |
| v. | |
| **C.M. HARRISON, Warden,** | |
| Respondent. | |

Respondent has filed a request for an enlargement of time to file and serve a response to the petition for writ of habeas corpus.

Accordingly, IT IS HEREBY ordered that:

1. Respondent's request for an enlargement of time is granted;

2. Respondent shall file and serve a response to the petition within thirty days of the date of this order.

Dated: May 17, 2005.

/s/ Peter A. Nowinski
PETER A. NOWINSKI
Magistrate Judge

1