IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LIONELL THOLMER,** | CIV S-04-2491 FCD PAN P |
| Petitioner, | ~~[PROPOSED]~~ **ORDER** |
| v. | |
| **C.M. HARRISON, Warden,** | |
| Respondent. | |

Respondent has filed a request for an enlargement of time to file and serve a response to the petition for writ of habeas corpus.

Accordingly, IT IS HEREBY ordered that:

1. Respondent's request for an enlargement of time is granted;

2. Respondent shall file and serve a response to the petition within ten days of the date of this order.

Dated: June 21, 2005.

      /s/ Peter A. Nowinski
      PETER A. NOWINSKI
      Magistrate Judge

1