United States District Court

Eastern District of California

Lionell Tholmer,

          Petitioner,                    No. Civ. S 04-2491 FCD PAN P

     vs.                                 Order

C. M. Harrison, et al.,

          Respondents.

                              -oOo-

     December 8, 2005, petitioner requested an extension of time to object to the November 23, 2005, findings and recommendations. Petitioner's request is granted and time is extended until January 11, 2006.  Petitioner's request for copies from the court file is denied.  No further extensions will be granted absent a showing of manifest injustice.

     So ordered.

     Dated:  December 15, 2005.

                              /s/ Peter A. Nowinski
                              PETER A. NOWINSKI
                              Magistrate Judge