IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LIONELL THOLMER,

      Petitioner,                  No. CIV S-04-2491 FCD PAN P

    vs.

C. M. HARRISON,

      Respondent.               ORDER

_____/

        In view of the findings and recommendations filed November 23, 2005, recommending dismissal of this action as time-barred, and good cause appearing, IT IS HEREBY ORDERED that:

        1. Petitioner's April 15, 2005 motion is denied;

        2. Petitioner's May 2, 2005 motion for protective order is denied;

        3. Petitioner's May 4, 2005 motion for protective order is denied;

        4. Petitioner's May 9, 2005 motion is denied;

        5. All of petitioner's requests for evidentiary hearing are denied;

        6. Petitioner's October 4, 2005 motion for protective order is denied; and

/////

/////

1    7. Petitioner's October 14, 2005 motion for stay of these proceedings is denied;

2 DATED: February 27, 2006.

*[signature]*
UNITED STATES MAGISTRATE JUDGE

12
thol2491.o