IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LIONELL THOLMER,**<br><br>          Petitioner,<br><br>     v.<br><br>**C.M. HARRISON,**<br><br>          Respondent. | CIV S 04-2491 FCD PAN P<br><br>**ORDER** |

GOOD CAUSE APPEARING, Respondent's application for a 30-day enlargement of time in which to file a response in this matter is hereby GRANTED. Respondent's response is due on May 8, 2006.

Dated: April 7, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

thol2491.ext

[Proposed] Order

1