1
2
3
4
5
6
7
8                          IN THE UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   **LIONELL THOLMER,**                          CIV S 04-2491 FCD PAN P

12                                Petitioner,       **ORDER**

13            **v.**

14   **C.M. HARRISON,**

15                               Respondent.

16

17

18         GOOD CAUSE APPEARING, Respondent's application for a 30-day enlargement of

19   time in which to file a response in this matter is hereby GRANTED.  Respondent's response is

20   due on June 7, 2006.  Petitioner's traverse shall be filed and served not later than thirty days

21   thereafter.

22   Dated: May 4, 2006.

23

24

25                                  UNITED STATES MAGISTRATE JUDGE

26

27

28   /thol2491.ext2


     Order
                                            1