IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LIONELL THOLMER,

    Petitioner,                   No. CIV S-04-2491 FCD PAN P

    vs.

C. M. HARRISON,

    Respondent.               ORDER

_____/

On March 20, 2006, petitioner filed a a document styled as objections to the magistrate judge order filed March 1, 2006, denying several motions filed by petitioner. Good cause appearing, this court construes petitioner's objections as a request for reconsideration of the magistrate judge's March 1, 2006 order. Pursuant to E.D. Local Rule 72-303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.[1]

---

[1] The Magistrate Judge based his ruling upon the November 23, 2005 Findings and Recommendations ("F&R"), recommending dismissal of petitioner's claims in their entirety as untimely. On March 9, 2006, the court adopted the Magistrate Judge's F&R, in part, finding that petitioner raised potentially valid arguments for equitable tolling as to his claim for juror misconduct. However, to the extent that petitioner's motions dismissed in the March 1, 2006 Order relate to the litigation of this claim, there are alternative and independent grounds that

1

1   Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the
2   magistrate judge filed Mach 1, 2006, is affirmed.
3   DATED:June 7, 2006

5                                       /s/ Frank C. Damrell Jr.
                                        FRANK C. DAMRELL JR.
6                                       United States District Judge

26  support the Magistrate Judge's March 1, 2006 Order.