IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LIONELL THOLMER,

    Petitioner,                    No. CIV S-04-2491 FCD EFB P

    vs.

C.M. HARRISON, Warden,

    Respondent.              ORDER

                              /

       Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. On October 30, 2006, petitioner timely filed a traverse. As a result, petitioner's October 2, 2006, request to stay the proceedings for that purpose will be construed as a request for an extension of time and denied as moot. Also by his filing of October 30, 2006, petitioner seeks an evidentiary hearing. The court will defer ruling on this request until after respondent's filing of a response in opposition or statement of no opposition.

       In accordance with the above, IT IS HEREBY ORDERED that:

    1. Petitioner's October 30, 2006, traverse is deemed timely filed.

    2. Petitioner's October 2, 2006, request for an extension of time is denied as moot.

////

////

3. Respondent shall file a response to petitioner's request for an evidentiary hearing within twenty (20) days.

Dated: November 8, 2006.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE