IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LIONELL THOLMER,** | CIV S 04-2491 FCD EFB |
| Petitioner, | **ORDER** |
| v. | |
| **C.M. HARRISON,** | |
| Respondent. | |

GOOD CAUSE APPEARING, Respondent's November 14, 2006, application for a 30-day enlargement of time in which to file a response in this matter is hereby GRANTED. Respondent's response is due on December 30, 2006.

Dated: November 29, 2006.

*/s/ Edmund F. Brennan*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

[Proposed] Order

1