IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LIONELL THOLMER,

    Petitioner,                    No. CIV S-04-2491 FCD EFB P

    vs.

C.M. HARRISON, Warden,

    Respondent.                ORDER

_____/

    Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. On April 17, 2007, petitioner requested an extension of time to file and serve a response to respondent's June 30, 2005 motion to dismiss. *See* Fed. R. Civ. P. 6(b).

    Good cause appearing, it is ORDERED that petitioner's April 17, 2007, motion is granted and petitioner has 30 days from the date this order is served to file and serve a response to respondent's June 30, 2005, motion to dismiss.

Dated: May 23, 2007.

                                      EDMUND F. BRENNAN
                                      UNITED STATES MAGISTRATE JUDGE