IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LIONELL THOLMER,

    Petitioner,                    No. CIV S-04-2491 FCD EFB P

    vs.

C.M. HARRISON,

    Respondents.            ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On January 9, 2008, the court adopted findings and recommendations filed by the magistrate judge on November 20, 2007, recommending dismissal of this action. On January 28, 2008, petitioner filed belated objections to the findings and recommendations. Good cause appearing, the order adopting the findings and recommendations is vacated.

        The court has considered petitioner's objections. In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The January 9, 2008, order adopting the November 20, 2007, findings and recommendations is vacated;

2. The findings and recommendations filed November 20, 2007, are adopted in full;

3. Petitioner's October 30, 2006, request for an evidentiary hearing is denied;

4. Petitioner's application for a writ of habeas corpus is denied; and

5. The Clerk of the Court is directed to close this case.

DATED: February 15, 2008.

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE