IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LIONELL THOLMER,

        Petitioner,               No. CIV S-04-2491 FCD EFB P

    vs.

C.M. HARRISON,

        Respondent.        <u>ORDER</u>

_____/

        Petitioner, a state prisoner proceeding pro se, has timely filed a notice of appeal of this court's dismissal of his application for a writ of habeas corpus. Before petitioner can appeal this decision, a certificate of appealability must issue. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

        A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The court must either issue a certificate of appealability indicating which issues satisfy the required showing or must state the reasons why such a certificate should not issue. Fed. R. App. P. 22(b).

/////

/////

1

1         For the reasons set forth in the magistrate judge's November 20, 2007, findings
2 and recommendations, petitioner has not made a substantial showing of the denial of a
3 constitutional right.  Accordingly, a certificate of appealability should not issue in this action.
4         IT IS SO ORDERED.
5 DATED: April 28, 2008.

                                            FRANK C. DAMRELL, JR.
                                            UNITED STATES DISTRICT JUDGE